**LOKER LAW, APC**
Scott M. Plescia (349319)
Elizabeth A. Wagner (317098)
elizabeth@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 392-3494

*Attorney for Plaintiff,*
Rahner Gonzales

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAHNER GONZALES,** | **Case No.:** 2:23-CV-01963-DAD-CKD |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| **NELNET SERVICING, LLC; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,** | **HON. DALE A. DROZD** |
| Defendant(s). | |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff RAHNER GONZALES ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss EXPERIAN INFORMATION SOLUTIONS, INC. with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding EXPERIAN INFORMATION SOLUTIONS, INC. be vacated.

Date: August 22, 2024                                                         **LOKER LAW, APC**

                                                  BY:   ___/S/ SCOTT M. PLESCIA__
                                                           SCOTT M. PLESCIA, ESQ.
                                                           ATTORNEY FOR PLAINTIFF

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

**CASE NO.: 2:23-CV-01963-DAD-CKD**        **1 OF 1**        *Gonzales v. Nelnet Servicing, LLC, et al.*
**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant EXPERIAN INFORMATION SOLUTIONS, INC.* has been submitted on August 22, 2024 to all defense counsel of record via e-mail and U.S. Mail.

                                                       /s/ SCOTT M. PLESCIA
                                                          SCOTT M. PLESCIA, ESQ.

**LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420**